IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGO PHILLIPS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) DOUBLE DOWN INTERACTIVE LLC, ) a Washington limited liability company, ) ) Defendant. ) | Case No. 1:15-cv-04301<br><br>Hon. Judge Edmond E. Chang |

**AGREED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Double Down Interactive LLC ("Defendant"), by its attorneys, Novack and Macey LLP, hereby respectfully moves this Court, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for the entry of an order extending Defendant's time to answer, move or otherwise respond to the Complaint to and including June 11, 2015. In support of this motion, Defendant states as follows:

1. On April 10, 2015, Plaintiff Margo Phillips ("Plaintiff") initiated this action by filing her Complaint ("Complaint"), in the Circuit Court of Cook County, County Department, Chancery Division styled *Margo Phillips v. Double Down Interactive LLC*, Case No. 15 CH 06068.

2. On May 15, 2015, Defendant filed a Notice of Removal to the United States District Court for the Northern District (Dkt. No. 1.)

3. The current deadline for Defendant to answer or otherwise respond to the Complaint is May 21, 2015.

4.  Plaintiff's counsel has advised that he agrees to the Court granting the additional time requested herein.

5.  This is Defendant's first request for an extension of time to answer or otherwise respond to the Complaint. Moreover, this request for an extension of time is not made for any improper purpose and, if allowed, would not result in undue delay or prejudice to any party.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court enter an Order: (a) extending the time for Defendant to answer or otherwise respond to the Complaint to and including June 11, 2015; and (b) granting Defendant such other and further relief as the Court deems proper.

Dated: May 20, 2015

Respectfully submitted,

DOUBLE DOWN INTERACTIVE LLC

By:    /s/ Rebekah H. Parker
       One of Its Attorneys

Eric N. Macey (#3122684)
*emacey@novackmacey.com*
Christopher S. Moore (#6256418)
*cmoore@novackmaey.com*
Joshua E. Liebman
*jliebman@novackmacey.com*
Rebekah H. Parker (#6301907)
*rparker@novackmacey.com*
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900

2

## CERTIFICATE OF SERVICE

Rebekah H. Parker, an attorney, hereby certifies that, on May 20, 2015, she caused a true and correct copy of the foregoing **Agreed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system and by email to the individuals identified below. Parties may access this filing through the Court's CM/ECF system.

>Rafey S. Balabanian
>rbalabanian@edelson.com
>Benjamin H. Richman
>brichman@edelson.com
>Amir C. Missaghi
>amissaghi@edelson.com
>Courtney C. Booth
>cbooth@edelson.com
>EDELSON PC
>350 North LaSalle Street, Suite 1300
>Chicago, IL 60654

on this 20th day of May, 2015.

/s/ Rebekah H. Parker