IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARGO PHILLIPS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:15-cv-04301 |
| DOUBLE DOWN INTERACTIVE LLC, a Washington limited liability company, | ) ) ) | Honorable Edmond E. Chang |
| Defendant. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Double Down Interactive LLC ("Defendant"), by its attorneys, Novack and Macey LLP, hereby respectfully moves this Court, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for the entry of an order extending Defendant's time to answer, move or otherwise respond to the First Amended Complaint to and including July 30, 2015. In support of this motion, Defendant states as follows:

1. On July 2, 2015, Plaintiff Margo Phillips ("Plaintiff") filed her First Amended Complaint ("Amended Complaint") in this action. (Dkt. No. 18.)

2. Accordingly, the current deadline for Defendant to answer or otherwise respond to the Amended Complaint is July 16, 2015. *See* Fed. R. Civ. P. 15(a)(3).

3. Due to the work schedule of Defendant's counsel, Defendant reasonably needs additional time to answer or otherwise respond to the Amended Complaint.

4. Defendant therefore requests a two-week extension of time to answer or otherwise respond, *i.e.*, until July 30, 2015.

5. Plaintiff's counsel has advised that he does not oppose the Court granting the additional time requested herein.

6. This request for an extension of time is not made for any improper purpose and, if allowed, would not result in undue delay or prejudice to any party.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court enter an Order: (a) extending the time for Defendant to answer or otherwise respond to the Complaint to and including July 30, 2015; and (b) granting Defendant such other and further relief as the Court deems proper.

Dated: July 10, 2015        Respectfully submitted,

                DOUBLE DOWN INTERACTIVE LLC

                By: \_\_\_/s/ Christopher S. Moore_____
                   One of Its Attorneys

Eric N. Macey (#3122684)
*emacey@novackmacey.com*
Christopher S. Moore (#6256418)
*cmoore@novackmaey.com*
Joshua E. Liebman
*jliebman@novackmacey.com*
Rebekah H. Parker (#6301907)
*rparker@novackmacey.com*
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900

2

## CERTIFICATE OF SERVICE

Christopher S. Moore, an attorney, hereby certifies that, on July 10, 2015, he caused a true and correct copy of the foregoing **Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system and by email to the individuals identified below. Parties may access this filing through the Court's CM/ECF system.

> Rafey S. Balabanian
> rbalabanian@edelson.com
> Benjamin H. Richman
> brichman@edelson.com
> Amir C. Missaghi
> amissaghi@edelson.com
> Courtney C. Booth
> cbooth@edelson.com
> EDELSON PC
> 350 North LaSalle Street, Suite 1300
> Chicago, IL 60654

                                                  /s/ Christopher S. Moore