IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGO PHILLIPS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) DOUBLE DOWN INTERACTIVE LLC, ) a Washington limited liability company, ) ) Defendant. ) | Case No. 1:15-cv-04301<br><br>Honorable Edmond E. Chang |

**DEFENDANT DOUBLE DOWN INTERACTIVE LLC'S
UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* A 21-PAGE
MEMORANDUM OF LAW IN SUPPORT OF ITS RULE 12(b)(6) MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant Double Down Interactive LLC ("Double Down"), by and through the undersigned counsel, respectfully requests leave to file *instanter* a memorandum of law in excess of 15 pages in support of its Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Class Action Complaint (the "Motion"). In support, Double Down states as follows.

1. On April 15, 2015, Plaintiff filed a two-count putative class action complaint, alleging that Double Down's virtual casinos amount to illegal gambling and seeking up to treble damages, attorneys' fees, and injunctive relief.

2. On June 11, 2015, Double Down filed a motion to dismiss and 15-page supporting memorandum, which raised several arguments as to each of the two counts.

3. In response to Double Down's Motion to Dismiss, on July 2, 2015, Plaintiff filed a First Amended Complaint, which added two new counts and approximately 30 new allegations.

4. Double Down reasonably requires more than 15 pages to respond to Plaintiff's First Amended Complaint.

5. Double Down respectfully requests leave to file *instanter* a 21-page memorandum of law, a copy of which is attached (without its exhibits) hereto as Exhibit 1.

6. Double Down has contacted Plaintiff's counsel, and they do not oppose this Motion.

WHEREFORE, Double Down respectfully requests: (a) leave to file Exhibit 1, which is 21 pages, *instanter*; and (b) such other and further relief as is appropriate.

          Respectfully submitted,

          DOUBLE DOWN INTERACTIVE LLC

          By: /s/ Christopher S. Moore
                One of Its Attorneys

Eric N. Macey (#3122684)
*emacey@novackmacey.com*
Christopher S. Moore (#6256418)
*cmoore@novackmaey.com*
Joshua E. Liebman
*jliebman@novackmacey.com*
Rebekah H. Parker (#6301907)
*rparker@novackmacey.com*
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900

2

## **CERTIFICATE OF SERVICE**

Christopher S. Moore, an attorney, hereby certifies that, on July 30, 2015, he caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Christopher S. Moore