IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARGO PHILLIPS, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE LLC, a Washington limited liability company,<br><br>*Defendant*. | Case No. 1:15-cv-04301<br><br>Honorable Edmond E. Chang |

## NOTICE OF MOTION

To:  See attached certificate of service.

**PLEASE TAKE NOTICE** that on Wednesday, September 16, 2015 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in Courtroom 2119 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present ***Plaintiff's Motion for Leave to File an Enlarged Brief, Instanter***, a true and accurate copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

        Respectfully Submitted,

        **MARGO PHILLIPS**, individually and on behalf of all others similarly situated,

Dated: September 9, 2015        By:  /s/ Benjamin H. Richman
                                            One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Courtney C. Booth
cbooth@edelson.com
Amir C. Missaghi
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

      I, Benjamin H. Richman, an attorney, hereby certify that on September 9, 2015, I served the above and foregoing *Notice of Motion* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                   /s/ Benjamin H. Richman