**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Margo Phillips
                                Plaintiff,

v.                                                       Case No.: 1:15−cv−04301
                                                         Honorable Edmond E. Chang

Double Down Interactive LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 14, 2015:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's extra−pages motion [32] is granted: the response to the dismissal motion may be 23 pages. Plaintiff shall file the response brief as a separate docket entry.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.