IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARGO PHILLIPS, individually, and on behalf of all others similarly situated, | Case No. 1:15-cv-04301 |
| *Plaintiff*, | Honorable Judge Edmond. E. Chang |
| v. | |
| DOUBLE DOWN INTERACTIVE LLC, a Washington limited liability company, | |
| *Defendant*. | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO ADDITIONAL AUTHORITY**

Plaintiff Margo Phillips ("Plaintiff"), by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby respectfully moves the Court to enter an Order granting her a modest three (3) day extension of her deadline to respond to Defendant's recently filed supplemental authority. In support of the instant motion, Plaintiff states as follows:

1. On November 2, 2015, Defendant filed a motion for leave to cite additional authority in support of its pending motion to dismiss. (Dkt. 38.) The Court granted that motion on November 5th and directed Plaintiff to respond by November 13th. (Dkt. 40.)

2. Since the Court's Order, Plaintiff has worked diligently to review and analyze the implications, if any, of Defendant's supplemental authority on her claims in this case. Notwithstanding, in light of other professional obligations,[1] Plaintiff's counsel requires a brief three (3) day extension in order to finalize Plaintiff's response papers.

---

[1] For example, Plaintiff's lead counsel, Benjamin H. Richman, is currently traveling in order to assist in the opening of his firm's California office.

3. On November 12th, Plaintiff's counsel contacted counsel for Defendant to determine whether Defendant would object to such an extension. Defendant refused to accommodate Plaintiff's request. (*See* Exhibit 1-A.)[2]

4. Notwithstanding Defendant's opposition, Plaintiff requests that the Court grant her an additional three (3) days to file her response to Defendant's supplemental authority. The requested extension will allow Plaintiff the time necessary to adequately address Defendant's supplemental authority, and to provide the Court with an appropriate analysis of its effects (if any) on this case.

5. Plaintiff's request will not prejudice Defendant—indeed, Defendant did not identify any prejudice that would result to it if the requested extension is granted. (*See generally*, Ex. 1.)

6. The Parties have previously stipulated to extend the briefing schedule on Defendant's motion to dismiss, but not the deadline for Plaintiff to respond to Defendant's citation to supplemental authority.

7. The requested extension is sought in good faith and not for any improper purpose, such as delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order (i) granting the instant motion, (ii) extending Plaintiff's deadline to respond to Defendant's supplemental authority by three (3) days, through and including November 18, 2015, and (iii) awarding such other and further relief as the Court deems reasonable and just.

---

[2] The Declaration of Benjamin H. Richman is attached hereto as Exhibit 1. Attached as Exhibit 1-A is a true and accurate copy of the e-mail exchange between counsel for the Parties regarding Plaintiff's requested extension.

Respectfully Submitted,

**MARGO PHILLIPS**, individually and on behalf of all others similarly situated,

Dated: November 12, 2015

By: /s/ Benjamin H. Richman
     One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Amir C. Missaghi
amissaghi@edelson.com
Courtney C. Booth
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

    I, Benjamin H. Richman, an attorney, hereby certify that on November 12, 2015, I served the above and foregoing ***Plaintiff's Motion for an Extension of Time to Respond to Defendant's Additional Authority***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                        /s/ Benjamin H. Richman