### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARGO PHILLIPS, individually, and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>        v.<br><br>DOUBLE DOWN INTERACTIVE LLC, a Washington limited liability company,<br><br>        *Defendant*. | Case No. 1:15-cv-04301<br><br>Honorable Judge Edmond. E. Chang |

## NOTICE OF MOTION

TO:    All Counsel of Record

    **PLEASE TAKE NOTICE** that on Tuesday, November 17, 2015, at 8:30 a.m., or as soon thereafter as counsel may be heard, counsel for the Parties shall appear before the Honorable Edmond E. Chang or any judge sitting in his stead in Courtroom 2119 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Plaintiff's Motion for an Extension of Time to Respond to Additional Authority***, a copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

        \*                      \*                      \*

Dated: November 12, 2015

    **MARGO PHILLIPS**, individually and on behalf of all others similarly situated,

    By:  /s/ Benjamin H. Richman
           One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Amir C. Missaghi
amissaghi@edelson.com
Courtney C. Booth
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2

**CERTIFICATE OF SERVICE**

    I, Benjamin H. Richman, an attorney, hereby certify that on November 12, 2015, I served the above and foregoing *Notice of Motion*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 12th day of November 2015.

                                                                                 /s/ Benjamin H. Richman